# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALEKSANDER POPARIC, individually, ) | Case No. Case No. 08CV720 HEA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEM BORIC, individually and doing ) | |
| business as EUROPA MARKET, CO.; ) | |
| BEHAR, L.L.C.; MLADEN LIDJAN ) | |
| individually and doing business as VRELO- ) | |
| EUROPEAN FOOD MARKET and DOES ) | |
| 1 through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER FOR PERMANENT INJUNCTION

WHEREBY, Plaintiff ALEKSANDER POPARIC (hereinafter "Poparic") has filed a Complaint in the above captioned matter alleging that Defendants MLADEN LIDJAN individually and doing business as VRELO-EUROPEAN FOOD MARKET (hereinafter "Enjoined Parties") have infringed upon the copyrights to the following Copyrighted Works (hereinafter the "Copyrighted Works"):

| Copyrighted Works | U.S. Copyright Office Registration No. |
|---|---|
| Drugi Covek | 1-292-396 |
| Dnevnik Uvreda | 1-292-397 |
| Plasticni Isus | 1-292-398 |
| Varljivo Leto 68 | 1-292-399 |
| Virdzina | 1-292-400 |

| | |
|---|---|
| Tri Karte Za Holivud | 1-292-401 |
| Suton | 1-292-402 |
| Boj Na Kosovu | 1-292-403 |
| Maratonci Trce Pocasni Krug | 1-292-406 |
| Miris Poljskog Cveca | 1-292-407 |
| Nacionalna Klasa | 1-292-408 |
| Neka Druga Zena | 1-292-409 |
| Nesto Izmeoju | 1-292-410 |
| Ambasador Je Ubijen U Stokholmu | 1-292-411 |
| I Bog Stvori Kafansku Pevacicu | 1-292-412 |
| Bosko Buha | 1-292-413 |
| Brat Doktora Homera | 1-292-414 |
| Budenje Pacova | 1-292-415 |
| Crevno Usijanje | 1-292-416 |
| Cuvar Plaze U Zimskom Periodu | 1-292-417 |
| Davitelj Protiv Davitelja | 1-292-418 |
| DB Zatvara Krug | 1-292-419 |
| Decak I Violina | 1-292-420 |
| Devojacki Most | 1-292-421 |
| Devojka Sa Kosmaja | 1-292-422 |
| Hasanaginica | 1-292-423 |
| Idemo Dalje | 1-292-424 |
| Igmanski Mars | 1-292-425 |

| | |
|---|---|
| Kad Budem Mrtav I Beo | 1-292-426 |
| Kisa | 1-292-427 |
| Ko To Tamo Peva | 1-292-428 |
| Koraci Kroz Maglu | 1-292-429 |
| Krava Bajka | 1-292-430 |
| Kosava | 1-292-430 |
| Lager Nis | 1-292-432 |
| Leptirov Oblak | 1-292-433 |
| Noz | 1-292-434 |
| Opasan Trag | 1-292-435 |
| Operacija Beograd | 1-292-436 |
| O Pokojniku Sve Najlepse | 1-292-437 |
| Pas Koji Je Voleo Vozove | 1-292-438 |
| Pavle Pavlovic | 1-292-439 |
| Petrijin Venac | 1-292-440 |
| Paviljon VI | 1-292-441 |
| Poseban Tretman | 1-292-442 |
| Poslednja Oaza | 1-292-443 |
| Protiv Kinga | 1-292-444 |
| Pusti Snovi | 1-292-445 |
| Sarajevski Atentat | 1-292-446 |
| Silom Otac | 1-292-447 |
| Siroma Sam Al Sam Besan | 1-292-448 |

| | |
|---|---|
| Specijalno Vaspitanje | 1-292-449 |
| Suncokreti | 1-292-450 |
| Svet Koji Nestaje | 1-292-451 |
| Tajvanska Kanasta | 1-292-452 |
| Vuk Sa Prokletija | 1-292-453 |
| Zaseda | 1-292-454 |
| Zemaljski Dani Teku | 1-292-455 |
| Zuta | 1-292-456 |
| Divlje Senke | 1-293-750 |
| Za Sada Bez Dobrog Naslova | 1-293-751 |
| Dervis I Smrt | 1-293-752 |
| Nemirni | 1-293-753 |
| Poslednja Trka | 1-293-754 |
| Dani Od Snova | 1-293-755 |
| Opklada | 1-293-756 |
| Erogena Zona | 1-296-907 |
| Licne Stvari | registration pending |
| Lepota Poroka | registration pending |
| Sabirni Centar | registration pending |
| Sezona Mira U Parizu | registration pending; |

WHEREAS, in his Complaint, Poparic asserted claims for Preliminary and Permanent Injunctive Relief Regarding the Copyrighted Works;

WHEREAS, Enjoined Parties do not claim any right, title, ownership or interest in the

copyrights to the Copyrighted Works;

WHEREAS, Enjoined Parties have not admitted any liability for any act of alleged infringement, but enter into this Stipulation as part of a disputed claim;

WHEREAS, Enjoined Parties have no desire to copy, reproduce, distribute, sell or perform any of the Copyrighted Works at any time in the future, unless they have first obtained a proper license or authorization from Poparic, or any other person or entity which has the legal right to license or authorize them to copy, reproduce, distribute, sell or perform any of the Copyrighted Works:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to stipulation of the parties, that Enjoined Parties, their officers, agents, servants, employees, owners and attorneys, and all of those in active concert or participation with him are hereby Permanently Restrained and Enjoined from taking the following actions without first obtaining a proper license or authorization:

- A. Reproducing any of the Copyrighted Works in any format, including, but not limited to, Digital Video Discs ("DVDs"), VHS recordings, Compact Discs ("CD's") or film;
- B. Preparing derivative works based upon the Copyrighted Works;
- C. Distributing to the public, by the sale, either at wholesale or retail, or other transfer of ownership, with or without consideration, or by rental, lease or lending, DVD, VHS, CD, film or recordings in other formats which contain the Copyrighted Works, or other tangible objects that are substantially similar to said Copyrighted Works,;
- D. Representing by words or conduct that any goods or services offered for sale,

promoted, advertised, or provided by the Enjoined Parties as being authorized, sponsored or endorsed by, or otherwise connected with Plaintiff, unless Plaintiff has given such authorization, sponsorship or endorsement to said Enjoined Parties;

E. Publicly displaying the Copyrighted Works; and

F. Authorizing others to do any of the above acts.

This Permanent Injunction may be issued without bond. In the event that any action is brought to enforce this Permanent Injunction, the prevailing party shall be entitled to reasonable attorneys' fees and costs incurred therein.

**IT IS SO ORDERED**

HON. HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

7-6-09